| AO 10 Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2011 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Hellerstein, Alvin K. | 2. Court or Organization U.S. District Court - NY-South | 3. Date of Report 06/19/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge (Senior) | 5a. Report Type (check appropriate type) ☐ Nomination ☐ Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2011 to 12/31/2011 |
| 7. Chambers or Office Address United States District Court 500 Pearl Street - Room 1050 New York, New York 10007 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | synagogue |
| 2. Co-Chair | Columbia Law School Alumini class gathering |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1/1/96 | Stroock & Stroock & Lavan LLP, former law firm (Pension Plan for retired partners)(No Control) |
| 2. 1/1/89 | Stroock & Stroock & Lavan Retirement Plan (management of firm's IRA and 401K plans)(No Control) |
| 3. 1/1/84 | Stroock & Stroock & Lavan Investment Partnership (No Control) |

| Name of Person Reporting | Date of Report |
|---|---|
| Hellerstein, Alvin K. | 06/19/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | Pension from former law firm | $451,778.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hellerstein, Alvin K. | 06/19/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase Mortgage Corp. | Mortgage, condominium | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hellerstein, Alvin K. | 06/19/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. New York City Condominium | E | Rent | P1 | W | | | | | |
| 2. J P Morgan/Chase | A | Interest | K | T | | | | | |
| 3. Franklin Templeton Mut. Qual. Fund (IRA) | D | Dividend | M | T | | | | | |
| 4. Dreyfus Money Market Funds | A | Interest | K | T | | | | | |
| 5. Stroock & Stroock & Lavan Retirement Plan (See fn. 1) | | | P1 | T | | | | | |
| 6. - Alliance Bernstein Equity Fund | | | | | | | | | |
| 7. - Thornburg Inv. Mgmt. | | | | | | | | | |
| 8. - Atlanta Capital Management | | | | | | | | | |
| 9. - C.S. McKee, L.P. | | | | | | | | | |
| 10. - Brandes Inv. Part. Fund | | | | | | | | | |
| 11. - Westfield Capital Mgmt. | | | | | | | | | |
| 12. - TimeSquare Cap. Mgmt. | | | | | | | | | |
| 13. - Macquarie Allegiance Cap. Fund | | | | | | | | | |
| 14. - Cramer Rosenthal McGlynn | | | | | | | | | |
| 15. S&S&L Investment Partnerships | | None | J | T | | | | | |
| 16. - Warburg Pincus Funds | | None | J | T | | | | | |
| 17. - Loeb Partners Investments | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. State of Israel Bonds | A | Interest | J | T | | | | | |
| 19. Gilead Sciences Inc. | | None | L | T | | | | | |
| 20. Regeneron Pharmaceutical | | None | K | T | | | | | |
| 21. Coventry Health Care Inc. | | None | | | Donated | 12/12/11 | J | | |
| 22. Citibank Bank Dep. | A | Interest | J | T | Redeemed (part) | 01/25/11 | K | | |
| 23. Northwestern Mutual (Life Ins.) (See Footnote 2) | | | | | | | | | |
| 24. I Shares TR MSCI EAFE Index Fund | B | Dividend | L | T | | | | | |
| 25. I Shares Russell 1000 Value Fd. | B | Dividend | L | T | | | | | |
| 26. I Shares Russell Midcap Value Index Fd. | A | Dividend | K | T | | | | | |
| 27. I Shares Russell 1000 Growth Fd. | B | Dividend | L | T | | | | | |
| 28. I Shares Russell 2000 Value Fd. | A | Dividend | K | T | | | | | |
| 29. I Shares Russell 2000 Growth Fd. | A | Dividend | K | T | | | | | |
| 30. I Shares Russell Midcap Growth Index Fd. | A | Dividend | K | T | | | | | |
| 31. SPDR Ser Tr S&P Metals & Mng ETF | A | Dividend | K | T | | | | | |
| 32. Vanguard Emerging Markets ETF | B | Dividend | L | T | | | | | |
| 33. Vanguard REIT ETC | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hellerstein, Alvin K. | 06/19/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Footnote 1 -- Results of investments, inclusive of realized and unrealized gains and losses and dividends and distributions, are reported to me quarterly and for year end. A separate figure for dividends was not reported to me. No gain or loss is reported, since the investment qualifies as an IRA/401-K. As in previous years, I was subject to mandatory withdrawal of IRA/401-K funds, and withdrew funds of the value of "M".

Footnote 2 -- Cash value and dividends are applied to premiums, resulting in paid-up life insurance, payable on the second to die _____ . Hence, the policy does not pay dividends, and has no gross value.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Alvin K. Hellerstein**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544